STATE of Missouri, Respondent,

v.

Myrisia B. FRANKLIN, Appellant.

No. WD 47031.

Missouri Court of Appeals,
Western District.

Sept. 7, 1993.

James L. McMullin, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and LOWENSTEIN and HANNA, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of involuntary manslaughter, § 565.024, RSMo 1986, and from prison sentence of three years.

Judgment affirmed pursuant to Rule 30.-25(b).